■ CAROLYN FLATTERY, Individually and as Attorney-in-Fact of KEVIN FLATTERY, Appellant, v KAILASH C. LALL, M.D., et al., Respondents. [934 NYS2d 918]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Green, Gorski and Martoche, JJ.